UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE PAVERS AND ROAD
BUILDERS DISTRICT COUNCIL, ET AL.,

                Plaintiffs,

                                             ORDER
      - against -                                  12-CV-0062(RRM) (JMA)

ANTHONY RIVARA CONTRACTING LLC,

                Defendant.
------------------------------------------------------------------X
MAUSKOPF, United States District Judge.

      By motion filed February 27, 2012 (Doc. No. 6), plaintiffs moved for default judgment. By Order entered the same day, this Court referred that motion to the assigned Magistrate Judge, the Honorable Joan M. Azrack, for a Report and Recommendation. On July 19, 2012, Judge Azrack issued a Report and Recommendation (the "R&R") (Doc. No. 8) recommending that Plaintiff's motion be granted, and ordered that plaintiff serve defendant with a copy of the R&R. Judge Azrack reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due within 14 days of receipt of the R&R. The R&R was served on defendant by mail on July 19, 2012. (Doc. No. 9.) To date, no party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

      Accordingly, it is hereby ORDERED that judgment enter in favor of plaintiffs as against defendant in the total amount of $13,663.86, representing 1) unpaid contributions in the amount of $10,283.00; 2) interest in the amount of $1,253.68; 30 statutory damages in the amount of $1,253.68; and 4) attorneys' fees and costs in the amount of $863.50.

2

Upon the entry of such judgment, the Clerk of Court is directed to close the file.

SO ORDERED.

Dated: Brooklyn, New York`  *Roslynn R. Mauskopf*
      August 8, 2012
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge